# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| **Kevin Lay** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-00152-MAC |
| **TX Royal Palace LLC, et al.** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Andres Martinez, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on April 18, 2025, at 8:51 am. I delivered these documents to Zhong Li in Orange County, CA on April 23, 2025 at 8:42 am at 7924 Stark Drive, Apt. 4, Huntington Beach, CA 92647 by personal service by handing the following documents to an individual identified as Zhong Li.

Summons, Complaint, and Civil Cover Sheet

Asian Male, est. age 45-54, glasses: Y, Black hair, 120 lbs to 140 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=33.7273922,-117.9908497
Photograph: See Exhibit 1

Total Cost: $170.00

My name is Andres Martinez, I am 18 years of age or older, and my address is 1577 Pine Ave, #8, Long Beach, CA 90813, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Los Angeles County__, __CA__ on __4/23/2025__.

/s/ *Andres Martinez*
_____
Andres Martinez
+1 (562) 547-1256
Certification Number: 2024002353
Expiration Date: 12/19/2025



