# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| **Kevin Lay** | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-cv-00152-MAC |
| **TX Royal Palace LLC, et al.** | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Mariam Adeniran , state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 31, 2025, at 5:45 pm. I delivered these documents to TX Royal Palace LLC in Dallas County, TX on April 2, 2025 at 2:55 pm at 2060 North Collins Boulevard, Ste 110, Richardson, TX 75080 by leaving the following documents with Warran Zhong who as Authorized at Zhong's Accounting & Tax Services is authorized by appointment or by law to receive service of process for TX Royal Palace LLC.

Summons, Complaint, and Civil Cover Sheet

Additional Description:
Gave the document to warran zhong authorized person to receive the document.

Asian Male, est. age 35-44, glasses: N, Black hair, 180 lbs to 200 lbs, 4' to 4' 3".
Geolocation of Serve: https://google.com/maps?q=32.9768062818,-96.7209009308
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Mariam Adeniran , I am 18 years of age or older, and my address is 601 belpree drive , Apt 408, Plano , TX 75075, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Collin County, TX on 4/3/2025.

*/s/ Mariam Adeniran*

Mariam Adeniran
+1 (862) 249-0417
Certification Number: PSC-23712
Expiration Date: 12/31/2025







