UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| Kevin Lay,<br><br>*Plaintiff,*<br><br>v.<br><br>TX Royal Palace LLC, Zhong Li, DEX Investments, Helena Pavel, and John Does 1 – 20,<br><br>*Defendants.* | Case No. 1:25-cv-00152<br><br>**Plaintiff's Motion to Transfer Venue to the Northern District of Texas** |

Plaintiff Kevin Lay hereby moves the Court for a transfer of venue to the United States District Court for the Northern District of Texas, Dallas Division, under 28 U.S.C. § 1404(a).

1. Venue is currently proper in this district; however, for the convenience of the parties and witnesses and in the interest of justice, transfer to the Northern District of Texas is warranted.

2. One of the Defendants, TX Royal Palace LLC, is a Texas Limited Liability Company that has its registered address in Richardson, Texas, which is in the Northern District of Texas, Dallas Division. Relevant documents, witnesses, and evidence are located there.

- 2 -

3. Transferring this case will reduce travel burdens, lower litigation costs, and promote the efficient resolution of this matter.

For the foregoing reasons, Plaintiff Kevin Lay requests that the Court grant the relief described herein.

- 3 -

Dated: August 11, 2025                    Respectfully submitted,

                                                                 THE HODA LAW FIRM, PLLC

                                                                 */s/ Marshal J. Hoda*

                                                                 Marshal J. Hoda, Esq.
                                                                 Tx. Bar No. 2411009
                                                                 12333 Sowden Road, Suite B
                                                                 PMB 51811
                                                                 Houston, TX 77080
                                                                 o. (832) 848-0036
                                                                 marshal@thehodalawfirm.com

                                                                *Attorney for Plaintiff*