IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KEVIN LAY, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 1:25-CV-00152 |
| TX ROYAL PALACE LLC, *et al.*, § | JUDGE MARCIA A. CRONE |
| § | |
| *Defendants*. § | |
| § | |
| § | |

## ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF TEXAS

Before the Court is Plaintiff Kevin Lay's Motion to Transfer Venue to the United States District Court for the Northern District of Texas.

Having considered the motion and the record, and finding good cause,

IT IS THEREFORE ORDERED that this case is transferred to the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS, Dallas Division, pursuant to 28 U.S.C § 1404(a).

- 2 -

Dated:  August 11, 2025         Prepared By:

THE HODA LAW FIRM, PLLC

_____
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
Alexander Crous, Esq.
Tx. Bar No. 24136488
3120 Southwest Fwy
Ste 101, PMB 51811
Houston, TX 77098
o. (832) 848-0036
marshal@thehodalawfirm.com
alex@thehodalawfirm.com

*Attorneys for Plaintiffs*