| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

KEVIN LAY, §
§
    Plaintiff, §
§
versus §
§  CIVIL ACTION NO. 1:25-CV-152
TX ROYAL PALACE LLC, ZHONG LI, §
DEX INVESTMENTS, HELENA PAVEL, §
and JOHN DOES 1-20, §
§
    Defendants. §

## ORDER

On March 28, 2025, Plaintiff Kevin Lay ("Lay") filed his Complaint (#1) against TX Royal Palace, LLC ("TX Royal"), Zhong Li, Dex Investments, Helena Pavel, and John Does 1-20 (collectively, "Defendants"), asserting causes of action for violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO") under 18 U.S.C. § 1962(c), conversion, and fraud. The Complaint states that "venue is proper in this district pursuant to 28 U.S.C. § 1391(c)(3), which provides that a foreign defendant may be sued in any judicial district."[1] The Complaint also states, however, that "TX Royal Palace LLC is a limited liability company incorporated in the state of Texas. Its headquarters and situs of organization are located in the state of Texas."

Subsequently, on August 11, 2025, Lay filed a Motion to Transfer Venue (#7), wherein he requests that the court transfer the case to the Northern District of Texas, Dallas Division, pursuant to 28 U.S.C. § 1404(a). Lay asserts that TX Royal "is a Texas Limited Liability Company that has its registered address in Richardson, Texas, which is in the Northern District

---

[1] The court notes, however, that § 1391(b)(3) only applies where "there is no district in which an action may otherwise be brought." 28 U.S.C. § 1391(b)(3); *Fitch v. Garland*, No. 24-40017, 2025 WL 304531, at *1 (5th Cir. Jan. 27, 2025).

of Texas, Dallas Division." Moreover, Lay maintains that relevant documents, witnesses, and evidence are located there, and that transferring this case will reduce travel burdens, lower litigation costs, and promote the efficient resolution of this matter.

Lay's Motion to Transfer Venue (#7) is therefore GRANTED. Accordingly, the Clerk of the Court shall transfer this case to the Dallas Division of the United States District Court for the Northern District of Texas.

SIGNED at Beaumont, Texas, this 18th day of August, 2025.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE